## Scientific Living, Inc. *v.* Basalyga, Appellant.

Argued January 12, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Myron A. Pinkus,* submitted a brief for appellant.

*William T. Malone,* with him *Powell and Malone,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Decree affirmed. Appellant to pay costs.